1058

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS ALLEN ESTES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01214-8, Robert D. Austin, J., entered November 13, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN LEE WILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 97-1-00147-5, John E. Bridges, J., entered December 4, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.

THEODORE L. AIKEN, ET AL., *Appellants*, v. DAVE HICKLUN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-04166-3, Neal Q. Rielly, J., entered January 7, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

RICHARD BAILEY, *Appellant*, v. MANSON GROWERS COOPERATIVE, ET. AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-2-00725-7, Ted W. Small, J., entered January 9, 1998. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.